RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 7/13/10
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KAY HUTCHISON, ET AL. | CIVIL ACTION NO. 09-0715 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CHARLES MCDONALD, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants Jerry Graham and Charles McDonald's Motion for Summary Judgment [Doc. No. 9] is GRANTED IN PART and DENIED IN PART. The motion is GRANTED as to Plaintiffs Kay Hutchison and Larry E. Durr's claims under 42 U.S.C. §§ 1983 and 1988, and those claims are DISMISSED WITH PREJUDICE. The motion is DENIED as to Plaintiffs' state law claims of negligence, and those claims remain.

MONROE, LOUISIANA, this 13 day of July, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE